No. D–1189. IN RE DISBARMENT OF HURLEY. It is ordered that Daniel G. Hurley, of Medford, Mass., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.